No. 2948.—El Pueblo, apdo., *v.* Torres, aplte.—C. D. Ponce. Acometimiento y agresión simple. Dic. 22, 1926. Alegados como únicos errores en esta apelación que el juez sentenciador erró en la apreciación de la prueba y que la misma no es congruente con la acusación, y apareciendo que la evidencia es contradictoria y que el conflicto fué resuelto

en contra del acusado sin que se advierta pasión, prejuicio o parcialidad, y no existiendo la incongruencia alegada, toda vez que el propio perjudicado declara que recibió una pedrada por detrás y que el acusado le dió en un brazo un golpe con un palo, se declaró sin lugar el recurso y se confirmó la sentencia apelada.

El Juez Asociado Sr. Hutchison no intervino.